# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,
ACTING BY AND THROUGH
PHILADELPHIA DISTRICT ATTORNEY
LAWRENCE S. KRASNER,

       Petitioner

      v.

PURDUE PHARMA L.P., ET AL.,

      Respondents

CITY OF PHILADELPHIA,

      Petitioner

      v.

ALLERGAN PLC, ET AL.,

      Respondents

CITY OF PHILADELPHIA,

      Petitioner

      v.

PAR PHARMACEUTICAL, INC., ET AL.,

      Respondents

CITY OF PHILADELPHIA,

      Petitioner

:  No. 26 EM 2022

:
:
:
v.                              :
:
:
ALLERGAN LTD., ET AL.,        :
:
       Respondents        :
:
CITY OF PHILADELPHIA,      :
:
       Petitioner          :
:
:
v.                              :
:
:
CVS INDIANA, LLC, ET AL.,     :
:
       Respondents        :

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 9th day of September, 2022, the Application for Leave to Submit Post-Submission Communication is GRANTED, and the "Application for Extraordinary Relief under 42 Pa.C.S. §§502 and 726 and Pa.R.A.P. 3309" is DENIED.